# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA
# FORT WAYNE DIVISION

| | | |
|---|---|---|
| **CRAFTLINE GRAPHICS, INC.**, *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CASE NO: 1:17-cv-00462-TLS-SLC |
| | ) | |
| **TOTAL PRESS SALES & SERVICE, LLC,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## OPINION AND ORDER

On November 6, 2017, Plaintiffs Craftline Graphics, Inc., and Kappa Graphics, L.P., filed a complaint against Defendant Total Press Sales & Service, LLC, alleging that this Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332. (DE 1). The complaint recites that Craftline Graphics, Inc., is an Indiana corporation with its principal place of business in Indiana. (DE 1 ¶ 1). Similarly, with respect to each Kappa Graphics, L.P., and Total Press Sales & Service, LLC, the complaint alleges the state in which it was organized and the location of its principal place of business. (DE 1 ¶¶ 2, 3).

Plaintiffs' allegations concerning Kappa Graphics, L.P., and Total Press Sales & Service, LLC, however, are irrelevant for purposes of establishing diversity jurisdiction. "[I]n the case of a firm that is not a corporation, its citizenship is the citizenship of its owners, partners, or other principals." *Meyerson v. Harrah's East Chi. Casino*, 299 F.3d 616, 617 (7th Cir. 2002). Therefore, "citizenship of unincorporated associations must be traced through however many layers of partners or members there may be." *Id*. (citations omitted). Accordingly, the Court must be informed of the identity and citizenship of all of the partners of Kappa Graphics, L.P., and all of the members of Total Press Sales & Service, LLC, tracing such citizenship through all

applicable layers of ownership.

As the parties seeking to invoke federal diversity jurisdiction, Plaintiffs bear the burden of demonstrating that the requirement of complete diversity has been met. *Chase v. Shop'N Save Warehouse Foods, Inc.*, 110 F.3d 424, 427 (7th Cir. 1997). Therefore, Plaintiffs are ORDERED to supplement the record by filing an amended complaint that properly alleges the citizenship of each of the parties on or before November 22, 2017.

SO ORDERED.

Entered this 8th day of November 2017.

/s/ Susan Collins
Susan Collins
United States Magistrate Judge